No. 05–8704.  POINTER *v.* BEACON MANAGEMENT.  C. A. 8th Cir.  Certiorari denied.

No. 05–8707.  LeCROY *v.* McDONOUGH, INTERIM SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 05–8713.  REGO *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–8722.  BRISBON *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 05–8731.  HILL *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 05–8758.  WILLIAMS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 05–8768.  EVANS *v.* MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 05–8781.  SCULL *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 05–8784.  SHIELDS *v.* TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 05–8800.  CRILL, AKA CUNNINGHAM *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 05–8803.  EASTTEAM *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 05–8808.  ANYANWUTAKU *v.* DISTRICT OF COLUMBIA.  Ct. App. D. C.  Certiorari denied.

No. 05–8809.  JACKSON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–8810.  LAMBERT *v.* BEZY, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 05–8811.  BUTLER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.